# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN WELLS,<br><br>             Plaintiff,<br><br>    v.<br><br>WALLACE,<br><br>             Defendant. | Case No.  1:25-cv-01679-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER<br><br>(ECF No. 6) |

Plaintiff Marlin Wells ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*, filed December 18, 2025.  (ECF No. 6.)  Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 6), is HEREBY GRANTED.

IT IS SO ORDERED.

   Dated:    **December 19, 2025**            /s/ *Barbara A. McAuliffe*            
                                          UNITED STATES MAGISTRATE JUDGE

1