**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLIN WELLS, | No.  1:25-cv-01679 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUPPLIES AND ACCESS TO THE MAIL DELIVERY SYSTEM |
| v. | |
| WALLACE, | |
| Defendant. | (Doc. 9) |

Marlin Wells is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint has not yet been screened.

On December 19, 2025, the magistrate judge issued findings and recommendations that recommended plaintiff's motion for supplies and access to the mail delivery system be denied. (Doc. 9.)  The Court served the findings and recommendations on plaintiff and notified him that any objections were due within 14 days.  (*Id.* at 3.)  Plaintiff did not file objections, and the time in which to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations reach the correct conclusion.  Among other things, it is not apparent that the requested injunctive relief is designed to correct the violations alleged in the complaint.  Thus, the Court **ORDERS**:

1

1.  The findings and recommendations issued on December 19, 2025, (Doc. 9), are **ADOPTED**.

2.  Plaintiff's motion for supplies and access to the mail delivery system, (Doc. 2), is **DENIED**.

3.  The action is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 22, 2026**

UNITED STATES DISTRICT JUDGE

2